IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EMILY JOHNSON,

        Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security

        Defendant.

Case No. 19-cv-52-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew Saul against plaintiff Emily Johnson affirming the Commissioner and dismissing this case.

| s/ V. Olmo, Deputy Clerk | 8/23/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |